IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VERNON B. COX,

    Plaintiff,

     v.

LANE MANAGEMENT LLC
c/o Georgia Ave High Rise,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-736-TWT

## ORDER

This is a pro se action for discrimination in housing. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of May, 2011.


                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge

T:\ORDERS\11\Cox\r&r.wpd